# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| AMY LEICHTENBERG, on her own behalf and as Administrator of the ESTATE OF DUNCAN LEICHTENBERG, and as Administrator of the ESTATE OF JACK LEICHTENBERG, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LEROY, POLICE OFFICER DUSTIN WISEMAN, POLICE OFFICER NATHAN WILKINS, POLICE OFFICER JASON WILLIAMSON, and other UNKNOWN OFFICERS OF THE LEROY POLICE DEPARTMENT, <br><br> Defendants. | Case No.: 10-1253 <br><br> McLean County Case No. 10-L-45 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF REMOVAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION:

Defendants, City of LeRoy, Police Officer Dustin Wiseman, Police Officer Nathan Wilkins, and Police Officer Jason Williamson (collectively referred to as "Defendants"), by their attorneys, Gary W. Cook and Michael J. Victor, pursuant to 28 U.S.C. §1441 and §1443, for their Notice of Removal, state as follows:

1. On March 9, 2010, plaintiff, Amy Leichtenberg ("Plaintiff"), filed a five-count Complaint against Defendants, in the Circuit Court of the Eleventh Judicial Circuit of McLean County, Illinois, asserting five state law claims. (A copy of Plaintiff's Complaint is attached hereto as Exhibit A).

2. On July 20, 2010, Plaintiff filed a seven-count First Amended Complaint against Defendant asserting various state law causes of action and (for the first time) federal causes of action under 42 U.S.C. § 1983. (A copy of Plaintiff's First Amended Complaint is attached hereto as Exhibit B).

3. Counsel for Defendants accepted service of the First Amended Complaint on behalf of Defendants on or about July 28, 2010.

4. The above-described action is a civil action in which this Court has original jurisdiction under the provisions of 28 U.S.C § 1331 and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C §1441 and §1443 in that Plaintiff filed suit against Defendants for, among other things, a violation of Plaintiff's constitutional rights pursuant to 42 U.S.C § 1983.

5. Plaintiff's First Amended Complaint against Defendants also includes state law claims for which this Court should assume pendant jurisdiction pursuant to 28 U.S.C. § 1441(c) and/or 28 U.S.C. § 1367.

6. As required by 28 U.S.C § 1446(d), notice of removal will be served upon all parties of record and will be filed with the Circuit Court of the Eleventh Judicial Circuit of McLean County, Illinois.

7. All Defendants agree and consent to removal of this action from the Circuit Court of the Eleventh Judicial Circuit of McLean County, Illinois to the United States District Court for the Central District of Illinois, Peoria Division.

8. The United States District Court for the Central District of Illinois is the District Court for the district embracing McLean County, Illinois. 28 U.S.C § 93(a).

9. Pursuant to the requirements of 28 U.S.C § 1446(a), the pleadings filed in the McLean County action have been filed herewith.

WHEREFORE, Defendants, City of LeRoy, Police Officer Dustin Wiseman, Police Officer Nathan Wilkins, and Police Officer Jason Williamson, hereby gives notice of removal of this action to the United States District Court for the Central District of Illinois.

        Respectfully submitted,

        CITY OF LEROY, DUSTIN WISEMAN,
        NATHAN WILKINS, AND JASON WILLIAMSON

By:   s/Gary W. Cook
       Gary W. Cook
       O'Halloran, Kosoff, Geitner & Cook, LLC
       650 Dundee Road, Suite 475
       Northbrook, Illinois 60062
       Telephone: (847) 291-0200
       Fax: (847) 291-9230
       e-mail: gcook@okgc.com

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION**

| | | |
|---|---|---|
| AMY LEICHTENBERG, on her own behalf and as Administrator of the ESTATE OF DUNCAN LEICHTENBERG, and as Administrator of the ESTATE OF JACK LEICHTENBERG, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 10-1253 |
| v. | ) ) ) | McLean County Case No. 10-L-45 |
| CITY OF LEROY, POLICE OFFICER DUSTIN WISEMAN, POLICE OFFICER NATHAN WILKINS, POLICE OFFICER JASON WILLIAMSON, and other UNKNOWN OFFICERS OF THE LEROY POLICE DEPARTMENT, | ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2010, I electronically filed **Notice of Removal of Plaintiff's First Amended Complaint** with the Clerk of Court using the CM/ECF system and I hereby certify that on August 13, 2010, I mailed by United States Postal Service, the document to the following non-registered participant:

Heather Lewis Donnell
Jon Loevy
Russell Ainsworth
Samantha Liskow
LOEVY & LOEVY
312 N. May Street
Suite 100
Chicago, IL  60607

McLean County Circuit Court Clerk
Attn:  Civil Filing
104 West Front Street, Room 404
Bloomington, IL  61702

                CITY OF LEROY, DUSTIN WISEMAN,
                NATHAN WILKINS, AND JASON WILLIAMSON

By:    s/Gary W. Cook
        Gary W. Cook
        O'Halloran, Kosoff, Geitner & Cook, LLC
        650 Dundee Road, Suite 475
        Northbrook, Illinois 60062
        Telephone: (847) 291-0200
        Fax: (847) 291-9230
        e-mail: gcook@okgc.com