E-FILED
Friday, 24 June, 2011 04:53:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
OF THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| AMY LEICHTENBERG, on her own behalf and as Administrator of the ESTATE OF DUNCAN LEICHTENBERG, and as Administrator of the ESTATE OF JACK LEICHTENBERG, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LEROY, et al., <br><br> Defendants. | Case No.: 10-CV-1253 <br> Judge Gorman |

## CERTIFICATE OF SERVICE

I, Michael J. Victor, certify that on June 24, 2011, I served a copy of Defendants' Second Supplemental Disclosures Pursuant to F.R.C.P. 26(a)(1) to all counsel of record via E-mail and by enclosing same in an envelope addressed to said persons, with sufficient postage, and depositing same in the U.S. Mail at 650 Dundee Road, Northbrook, Illinois on June 24, 2011.

Arthur Loevy – loevylaw@loevy.com
Heather Lewis Donnell – heather@loevy.com
Jonathan Loevy – jon@loevy.com
Russell Ainsworth – russell@loevy.com
Samantha Liskow – Samantha@loevy.com
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, IL 60607

_____

Gerard W. Cook
Michael J. Victor
Benjamin M. Jacobi
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone:    847/291-0200
Facsimile:    847/291-9230