UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Amy Leichtenberg ) | | |
|     Plaintiff ) | | |
| ) | | |
|         v. ) | | 10-1253 |
| ) | | |
| City of Leroy, Dustin Wiseman, Nathan ) | | |
| Wilkins, Jason Williamson and Unknown ) | | |
| Officers ) | | |
|     Defendants ) | | |
| ) | | |

ORDER

Now before the Court is the Plaintiff's unopposed motion to dismiss the City of Leroy, the only remaining defendant, from this case.

The motion is granted. The remaining claims in this case are dismissed with prejudice, each party to bear their own costs. All pending motions are moot, all deadlines are vacated, and the hearing set for Sept. 20 is cancelled. The Clerk is directed to close this case.

Entered: September 18, 2013

s/ John A. Gorman

John A. Gorman
U.S. Magistrate Judge